AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| United States of America | ) |
|---|---|
| v. | ) |
| ANTONIO SHROPSHIRE | ) Case No. JKB-16-051 |
| a/k/a BRILL | ) |
| | ) |
| | ) |
| Defendant | |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* ANTONIO SHROPSHIRE a/k/a BRILL,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☑ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. 841, 846 - Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances
21 U.S.C. 841(a)(1) - Possession with Intent to Distribute and Distribution of Heroin

Date: 11/17/2016

*Issuing officer's signature*

City and state: Baltimore, Maryland

A. David Copperthite, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 11/17/2016, and the person was arrested on *(date)* 11/30/2016
at *(city and state)* Baltimore, MD

Date: 11/30/16

*Arresting officer's signature*

TFO David McDougall JTF
*Printed name and title*