ANTONIO SHROPSHIRE #62637037
FEDERAL CORRECTIONAL INSTITUTE
P.O. BOX 1009
WELCH, WV 24801
CCB-16-051

FILED ___ ENTERED ___
LOGGED ___ RECEIVED ___
FEB 26 2020
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

DEAR JUDGE BLAKE

FIRST IN FOREMOST HAPPY NEW YEAR TO YOU IN I HOPE ALL IS WELL. I'M WRITING TO INFORM THE COURT THAT I'M IN THE PROCESS OF FILING TWO DIFFERENT WRIT OF ERROR CORAM NOBIS. BETWEEN REVIEWING THE FULL RECORD OF CASE # CCB-16-051 AND ROAD BLOCK'S OF GETTING THE TRANSCRIBE'S FOR THE CORAM NOBIS CASE'S MY HANDS HAS BEEN FULL. JUST WANTED TO INFORM THE COURT WITH THE REASON FOR ANY DELAY.

THANK YOU FOR YOUR TIME
Antonio Shropshire
FEB. 10, 2020